| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION | |
| Case number *(if known)* _____  Chapter __11__ | ☐ Check if this is an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hypertech, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **AW Hi-Performance Auto Sales** <br> **AW Ramsey Automotive Electronics, Inc.** <br> **AW Hypertech Performance Corp.** <br> **AW Hypertech Vehicular Performance, Inc.** <br> **AW Hypertech Performance Corp.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-5045456** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **7375 Adrianne Pl.** <br> **Memphis, TN 38133-8958** <br> Number, Street, City, State & ZIP Code <br><br> **Shelby** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://hypertech.com/** | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

| Debtor | **Hypertech, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __3363__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ☒ No.
   - ☐ Yes.

   | District | _____ | When | _____ | Case number | _____ |
   |---|---|---|---|---|---|
   | District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ☐ No
    - ☒ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | **See Attachment** | Relationship | _____ |
    |---|---|---|---|
    | District | _____ When _____ | Case number, if known | _____ |

| Debtor | Hypertech, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Hypertech, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 10, 2025**
MM / DD / YYYY

**X** **/s/ Gregory Jay Ramsey**               **Gregory Jay Ramsey**
Signature of authorized representative of debtor      Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ Robert J. Gonzales**               Date  **April 10, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Robert J. Gonzales**
Printed name

**EmergeLaw, PLC**
Firm name

**4235 Hillsboro Pike, Suite 300**
**Nashville, TN 37215**
Number, Street, City, State & ZIP Code

Contact phone  **(615) 815-1535**   Email address  **ecf@emerge.law**

**16705 TN**
Bar number and State

Debtor  **Hypertech, Inc.**         Case number *(if known)* _____
        Name

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **High Point, LLC** | | Relationship to you | **Affiliate** | |
| District | **Middle District of Tennessee** | When **4/10/25** | Case number, if known | | |
| Debtor | **SF Technologies Inc** | | Relationship to you | **Affiliate** | |
| District | **Middle District of Tennessee** | When **4/10/25** | Case number, if known | **3:25-bk-01554** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hypertech, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ashwood Computer Co. Inc.<br>10671 Techwoods Circle<br>Cincinnati, OH 45242 | | Vendor | | | | $30,068.92 |
| Beckham Capital LLC<br>511 Meadow Sweet Lane<br>Waxhaw, NC 28173 | | Money Loaned | Unliquidated Disputed | | | $35,000.00 |
| Chase Bank CardMember Service<br>P.O. BOX 6294<br>Carol Stream, IL 60197-6294 | | Credit card purchases | | | | $66,132.11 |
| City of Bartlett<br>6400 Stage Road<br>Memphis, TN 38184-1148 | | Vendor | | | | $14,878.64 |
| Considine Sales & Marketing<br>611 S Milford Rd<br>P.O. Box 1208<br>Highland, MI 48357 | | Vendor | | | | $10,813.89 |
| EP OEM Parts<br>P.O. Box 1117<br>Bedford Park, IL 60499 | | Vendor | | | | $24,145.71 |
| First Horizon Bank - Bankcard Center<br>P.O. Box 385<br>Memphis, TN 38101-0385 | | Credit card purchases | | | | $20,289.18 |

| Debtor | Hypertech, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Funding Futures, LLC**<br>3100 Stirling Road, Suite 120<br>Hollywood, FL 33021 | | **Money Loaned** | **Unliquidated Disputed** | | | $70,000.00 |
| **Funding Metrics, LLC**<br>dba: Lendini<br>3220 Tillman Drive, Suite 200<br>Bensalem, PA 19020 | (855) 212-6614 | **Money Loaned** | **Unliquidated Disputed** | | | $92,300.00 |
| **FundPro Solutions LLC**<br>7366 N. Lincoln Ave, Ste 102<br>Lincolnwood, IL 60712 | (872) 260-5741 | **Money Loaned** | **Unliquidated Disputed** | | | $37,475.27 |
| **G&G Funding Group, LLC**<br>57 West 57th Street, 4th Floor<br>New York, NY 10019 | (718) 701-0256 | **Money Loaned** | **Unliquidated Disputed** | | | $80,000.00 |
| **Innovative Circuits Inc.**<br>311-A South Parkway<br>Corinth, MS 38834 | | | | | | $212,093.93 |
| **Kash Advance, LLC**<br>323 Sunny Isles Blvd, Ste 503<br>North Miami Beach, FL 33160 | (516) 368-4954 | **Money Loaned** | **Unliquidated Disputed** | | | $45,000.00 |
| **Liberty Mutual Insurance**<br>P.O. Box 2839<br>New York, NY 10116-2839 | | **Vendor** | | | | $23,378.88 |
| **Mouser Electronics**<br>P.O. Box 99319<br>Fort Worth, TX 76199-0319 | | **Vendor** | | | | $13,750.61 |
| **ODK Capital, LLC**<br>4700 W. Daybreak Pkwy, Ste 200<br>South Jordan, UT 84009 | | **Money Loaned** | **Unliquidated Disputed** | | | $83,000.00 |

| Debtor | Hypertech, Inc. | | Case number (if known) | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rapid Finance c/o Small Business Financial Solutions, LLC 4500 East West Highway, 6th FL Bethesda, MD 20814** | **(800) 664-0173** | **Money Loaned** | **Unliquidated Disputed** | | | $76,000.00 |
| **Shelby County Trustee Regina Morrison Newman, Trustee P.O. Box 2751 Memphis, TN 38101-2851** | | **Property Tax** | | | | $30,001.40 |
| **Sinclair Funding Group 1100 Coney Island Ave. Brooklyn, NY 11230-2342** | **(347) 599-5003** | **Money Loaned** | **Unliquidated Disputed** | | | $38,000.00 |
| **Victory Bridge, Inc. Attn: NOCAC Equities, LLC 335 NE 61st St., Miami, FL 33137** | **(845) 322-6863** | **Money Loaned** | **Unliquidated Disputed** | | | $90,000.00 |

AAM Parts Pro
198 Industrial Park Rd.
Piney Flats, TN 37686-4413


Accident Fund
P.O. Box 77000
Dept 77125
Detroit, MI 48277-0125


Altium, Inc
P.O. BOX 740976
Los Angeles, CA 90074-0976


Ari Network Services Inc.
Dept CH 19583
Palatine, IL 60055-9583


Arrow Electronics Inc.
9201 E. Dry Creek Rd.
Englewood, CO 80112


Ashwood Computer Co. Inc.
10671 Techwoods Circle
Cincinnati, OH 45242


Beckham Capital LLC
511 Meadow Sweet Lane
Waxhaw, NC 28173


Blue Cross / Blue Shield of IL
P.O. BOX 650615
Dallas, TX 75265-0615


C Spire Business Solutions
P.O. Box 830674
Birmingham, AL 35283


Chase Bank CardMember Service
P.O. BOX 6294
Carol Stream, IL 60197-6294


City of Bartlett
6400 Stage Road
Memphis, TN 38184-1148


Commercial Asset Recovery
1330 Avenue of the Americas, Suite 23A
New York, NY 10019


Considine Sales & Marketing
611 S Milford Rd
P.O. Box 1208
Highland, MI 48357

Digi Key Corp 41393
P.O. Box 250
Thief River Falls, MN 56701-0250


EM Printing LLC
3081 Bartlett Corporate Dr.
Memphis, TN 38133


EP OEM Parts
P.O. Box 1117
Bedford Park, IL 60499


Exhibit A Inc.
5975 Airline Rd
Arlington, TN 38002


Fairless Heylin C
24261 Puerta De Luz
Mission Viejo, CA 92691


FedEx
P.O. Box 94515
Palatine, IL 60094-4515


FedEx Freight
DEPT CH
P.O. Box 10306
Palatine, IL 60055-0306


First Horizon Bank
2000 International Park Drive
Birmingham, AL 35243


First Horizon Bank - Bankcard Center
P.O. Box 385
Memphis, TN 38101-0385


Funding Futures, LLC
3100 Stirling Road, Suite 120
Hollywood, FL 33021


Funding Futures, LLC
100 Merrick Rd, Ste 419E
Rockville Centre, NY 11570


Funding Metrics, LLC
dba: Lendini
3220 Tillman Drive, Suite 200
Bensalem, PA 19020


FundPro Solutions LLC
7366 N. Lincoln Ave, Ste 102
Lincolnwood, IL 60712

G&G Funding Group, LLC
57 West 57th Street, 4th Floor
New York, NY 10019


Garrett John
1105 Honeysuckle St.
Union City, TN 38261


General Heating and Cooling
2800 SHELBY STREET
Memphis, TN 38134


Gibson Box Co Inc.
P.O. BOX 226
Ash Flat, AR 72513


Gross Buddy
38 FUQEA DRIVE
Chickamauga, GA 30707


HH Technologies, Inc.
P.O. BOX 99
Bremen, AL 35033


High Point, LLC
7615 Highway 70 S #1020
Nashville, TN 37221


IAI Systems, Inc.
171 Highway 51 S.
Ripley, TN 38063


Innovative Circuits Inc.
311-A South Parkway
Corinth, MS 38834


IOFAST
8052 Elm Drive, Suite G
Mechanicsville, VA 23111


John J. Campbell CO Inc.
P.O. Box 34548
Memphis, TN 38184


KAM Marketing
411 Old Baltimore Pike, Ste 100
Chadds Ford, PA 19317


Kash Advance, LLC
323 Sunny Isles Blvd, Ste 503
North Miami Beach, FL 33160


Labels Direct
664 Trade Center Blvd.
Chesterfield, MO 63005

Landscape Workshop
550 Montgomery Hwy, Ste 200
Birmingham, AL 35216


Liberty Mutual Insurance
P.O. Box 2839
New York, NY 10116-2839


Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071


Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071


Maggie Beasley
3189 Mcintosh Cove
Memphis, TN 38111


Mark Menendez
24 Circle Lake
Paducah, KY 42001


Memphis Communications Corp.
P.O. Box 770389
Memphis, TN 38177-0389


Memphis Light, Gas & Water
P.O. Box 388
Memphis, TN 38145-0388


Microchip Technology Inc.
P.O. Box 712577
Philadelphia, PA 19171-2577


Mississippi Dept of Revenue
P.O. Box 23191
Jackson, MS 39225-3191


Mouser Electronics
P.O. Box 99319
Fort Worth, TX 76199-0319


Neuintel, LLC
20 Pacifica, Ste 1000
Irvine, CA 92618-7462


Nexair LLC
P.O. BOX 125
Memphis, TN 38101-0125


Nicholas J. Zabala Law Office LLC
P.O. Box 1359
Bensalem, PA 19020

Novac Equities
335 NE 61st St,
Miami, FL 33137


ODK Capital, LLC
4700 W. Daybreak Pkwy, Ste 200
South Jordan, UT 84009


OnDeck Capital, Inc.
1400 Broadway, 34th Floor
New York, NY 10018


Open Text Inc / GXS Inc.
24685 Network Place
Chicago, IL 60673-1246


Performance Distributors
2699 BARRIS DRIVE
Memphis, TN 38132


Precision Door Service
1215 Big Orange Rd.
Cordova, TN 38018


Quadient/Mailfinance
P.O. Box 123689, DEPT 3689
Dallas, TX 75312-3682


R&R Marketing
18245 WINDSOR DRIVE
Stilwell, KS 66085


R&R Marketing Consultants, Inc.
P.O. Box 481383
Kansas City, MO 64148


Rapid Finance
c/o Small Business Financial Solutions,
4500 East West Highway, 6th FL
Bethesda, MD 20814


Safety First Fire Control Co.
P.O. BOX 80589
Memphis, TN 38108


Shaner's Printing
3705 Cherry Rd
Memphis, TN 38118


Shelby County Trustee
Regina Morrison Newman, Trustee
P.O. Box 2751
Memphis, TN 38101-2851

Sinclair Funding Group
1100 Coney Island Ave.
Brooklyn, NY 11230-2342


Skywave Antennas Inc.
922-C SW Merchants Walk
Huntsville, AL 35801


SOS Systems
3080 Stage Post Dr.
Memphis, TN 38133-0405


Southeastern Freight Lines, Inc.
P.O. Box 105024
Atlanta, GA 30348-5024


SR Holdings
c/o Ron Coleman, Esq
3408 Democrat Rd
Memphis, TN 38118-1541


TK Elevator
P.O. Box 105024
Atlanta, GA 30348-5024


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


Uline
P.O. Box 88741
Chicago, IL 60680-1741


Unum Life Insurance Company
P.O. Box 409548
Atlanta, GA 30384-9548


Unum Life Insurance Company of America
P.O. Box 409548
Atlanta, GA 30384-9548


Victory Bridge, Inc.
Attn: NOCAC Equities, LLC
335 NE 61st St.,
Miami, FL 33137


VState Filings as the Representative
301 Mill Rd, Ste U-5
Hewlett, NY 11557


Watkins Uiberall, PLLC
1661 Aaron Brenner Dr.
Memphis, TN 38120

# United States Bankruptcy Court
## Middle District of Tennessee, Nashville Division

In re __Hypertech, Inc.__  
Debtor(s)

Case No. _____  
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Hypertech, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| **April 10, 2025** | **/s/ Robert J. Gonzales** |
| Date | **Robert J. Gonzales** |
| | Signature of Attorney or Litigant |
| | Counsel for __Hypertech, Inc.__ |
| | **EmergeLaw, PLC** |
| | **4235 Hillsboro Pike, Suite 300** |
| | **Nashville, TN 37215** |
| | **(615) 815-1535  Fax:** |
| | **ecf@emerge.law** |